IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-04-1581-T |
| | ) | |
| CLYDE S. WILLIAMS; | ) | |
| CELESTE D. WILLIAMS; | ) | |
| FORD MOTOR CREDIT COMPANY; | ) | |
| COMANCHE COUNTY TREASURER; and, | ) | |
| BOARD OF COUNTY COMMISSIONERS | ) | |
| OF COMANCHE COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |

**FORECLOSURE JUDGMENT**

The Court finds that:

1. Plaintiff served all defendants more than twenty (20) days prior to this date.

2. Having failed to answer or respond within the proper time, defendants Clyde S. Williams, Celeste D. Williams and Ford Motor Credit are in default. Further, Plaintiff filed a declaration that, if applicable, Clyde S. Williams and Celeste D. Williams are not in active military service, the possibility of impairing rights under the Soldiers' and Sailors' Relief Act is remote and judgment should be entered by Order of this Court.

3. Defendants County Treasurer and Board of County Commissioners of Comanche County, Oklahoma disclaimed any and all interest in this matter.

4. None of the defendants filed an answer.

5. The allegations of the Complaint are true, and there is due and owing to plaintiff from defendants CLYDE S. WILLIAMS and CELESTE D. WILLIAMS on the note and mortgage the following:

   Principal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 44, 964.48
   Advances paid by plaintiff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 5,333.45
   Accrued interest as of 12/03/02 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 16,027.94
   Amount due as of 12/03/02 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 66,325.87

   plus accruing interest on the principal at the rate of 7.25 % *per annum* from 12/03/02 to the date of judgment.

6. Plaintiff's mortgage is a valid first lien upon the following real property:

   LOT SIX (6), BLOCK TW0 (2), PART ONE OF LONGVIEW ADDITION TO THE CITY OF LAWTON, COMANCHE COUNTY, OKLAHOMA, ACCORDING TO THE RECORDED PLAT THEREOF, ALSO KNOWN AS 1412 NW LONGVIEW AVENUE, LAWTON, OKLAHOMA  73507

7. The right, title or interest of all Defendants in the real property described above is junior and inferior to the first lien of plaintiff, except for unpaid real property taxes of COMANCHE COUNTY; and/or special assessments given priority by law, if any.  The rights of any junior lien claimants to any excess funds remaining after sale and distribution pursuant to the order, if any, shall be determined upon further hearing and notice to all parties.

8. Plaintiff's note and mortgage is in default and the real property described above should be foreclosed.

   IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED:

1. That plaintiff have a judgment of foreclosure in the sum below:

   Principal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 44, 964.48
   Advances paid by plaintiff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 5,333.45
   Accrued interest as of 12/03/02 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 16,027.94
   Amount due as of 12/03/02 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 66,325.87

plus accruing interest on the principal at the rate of 7.25 % *per annum* from 12/03/02 to the date of judgment; and thereafter post-judgment interest will accrue on the total sum of this judgment at the rate provided by 28 U.S.C. §1961 until paid.

2. That special execution and order of sale issue directing the U.S. Marshal to levy upon, appraise, advertise and sell the real property described above, free of any right, title or interest of all defendants, except unpaid real property taxes of COMANCHE COUNTY, and/or special assessments given priority by law, if any, and that the proceeds of the sale be paid as follows:

    a. First, the costs of the sale, including unpaid real property taxes of COMANCHE COUNTY, and/or special assessments given priority by law, if any;

    b. Second, the foreclosure judgment of the plaintiff above; and,

    c. Third, the remainder into the Registry of this Court to await further order of the Court concerning the priority of the junior lien holders.

3. That upon confirmation of the Marshal's sale, all Defendants and all persons claiming by, through or under them, are barred, foreclosed and enjoined from asserting any right, title or interest in the real property described above.

IT IS SO ORDERED this  6th  day of October, 2005.

_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE